## Attachment to Civil Cover Sheet

I.	(a)	Defendants:

OLIN CORPORATION; K.A. STEEL CHEMICALS, INC.; OCCIDENTAL PETROLEUM CORPORATION; OCCIDENTAL CHEMICAL CORPORATION (D/B/A OXYCHEM); WESTLAKE CHEMICAL CORPORATION; SHIN-ETSU CHEMICAL CO. LTD.; SHINTECH INCORPORATED; FORMOSA PLASTICS CORPORATION; FORMOSA PLASTICS CORPORATION, U.S.A.


I.	(c)	Attorneys for Plaintiff:

RUPP BAASE PFALZGRAF CUNNINGHAM LLC
Marco Cercone, Esq.
R. Anthony Rupp III, Esq.
Arthur N. Bailey, Esq.
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
Telephone:	(716) 854-3400
Facsimile:	(716) 332-0336
Email:	cercone@ruppbaase.com
Email:	rupp@ruppbaase.com
Email:	bailey@ruppbaase.com

EDELSON & ASSOCIATES, LLC
Marc H. Edelson
3 Terry Drive
Suite 205
Newtown, PA 18940
Telephone: 215-867-2399
Facsimile: 267-685-0676
Email: medelson@edelson-law.com

BURNS CHAREST LLP
Warren T. Burns
Mallory Biblo
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: 469.904.4550
Facsimile: 469.444.5002
Email: wburns@burnscharest.com
Email: mbiblo@burnscharest.com

BURNS CHAREST LLP
Amanda Klevorn
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: 504.799.2845
Facsimile: 504.881.1765
Email: aklevorn@burnscharest.com

CAPUTO & MARIOTTI, P.C.
Joseph E. Mariotti, Esq.
Shawn P. Quinnan, Esq.
730 Main Street
Moosic, PA 18507
Telephone: 570-342-9999
Facsimile: 570-457-1533
Email: jmariotti@caputomariotti.com
Email: squinnan@caputomariotti.com